**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Girtha Brown | CHAPTER 13 |
| Debtor(s) | |
| | BKY. NO. 25-14526 DJB |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of MIDFIRST BANK and index same on the master mailing list.

                                Respectfully submitted,

/s/ *Matthew Fissel*
Matthew Fissel
01 Dec 2025, 13:18:43, EST

                    KML Law Group, P.C.
                    701 Market Street, Suite 5000
                    Philadelphia, PA 19106-1532
                    (215) 627-1322