**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE                                            :        CHAPTER 13
                                                 :
GIRTHA BROWN                                     :        CASE NO: 25-14526DJB
                                                 :
                                                 :
               Debtor                            :
                                                 :
_____:

**EXHIBITS: PLAN CONFIRMATION**

| Exh | Description | Offered | Objection | Admitted |
|-----|-------------|---------|-----------|----------|
| A | Trustee's Payment Ledger | | | |
| B | Proof of homeowner's insurance | | | |
| C | Real estate tax record: 6010 Theodore St. | | | |
| D | DROP program information | | | |