United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                    Case No. 25-14526-djb

Girtha Brown                                                              Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jun 18, 2026 | Form ID: 155 | Total Noticed: 30 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 20, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Girtha Brown, 6010 Theodore Street, Philadelphia, PA 19142-3509 |
| 15069802 | + | GB Collection, 1253 Haddonfield Berlin Rd, Voorhees, NJ 08043-4847 |
| 15079314 | + | MIDFIRST BANK, c/o MATTHEW K. FISSEL, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 15069809 | + | Pennsylvania Turnpike Commission, 700 South Eisenhower Blvd., Middletown, PA 17057-5529 |
| 15069812 | + | Sec'y of Housing and Urban Development, c/o ISN, 10411 Motor City Drive Suite 700, Bethesda, MD 20817-1002 |
| 15072559 | + | Selective Insurance Company of the Southeast, 40 Wantage Ave., Branchville, NJ 07826-5640 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 15069796 | Email/Text: caineweiner@ebn.phinsolutions.com | Jun 19 2026 00:57:11 | Caine & Weiner, Attn: Bankruptcy, 5805 Sepulveda Blvd Fl 4, Sherman Oaks, CA 91411-2532 |
| 15137260 | Email/Text: megan.harper@phila.gov | Jun 19 2026 00:57:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 191021595 |
| 15069798 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 19 2026 01:01:10 | Capital One, AttN: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15069797 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 19 2026 01:01:10 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 15069799 | + Email/PDF: acg.coaf.ebn@aisinfo.com | Jun 19 2026 01:01:12 | Capital One Auto Finance, 7933 Preston Rd., Plano, TX 75024-2302 |
| 15071577 | + Email/PDF: acg.acg.ebn@aisinfo.com | Jun 19 2026 01:00:55 | Capital One Auto Finance, a division of, Capital One, N.A., c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15071034 | + Email/PDF: acg.acg.ebn@aisinfo.com | Jun 19 2026 01:00:55 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15085318 | + Email/PDF: acg.acg.ebn@aisinfo.com | Jun 19 2026 01:01:04 | Capital One Auto Finance, a division of Capital On, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15069800 | + Email/Text: megan.harper@phila.gov | Jun 19 2026 00:57:00 | City of Philadelphia Water Revenue, 1401 JFK Blvd, Philadelphia, PA 19102-1617 |
| 15069801 | Email/Text: bankruptcy_notifications@ccsusa.com | Jun 19 2026 00:57:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 15069803 | Email/Text: bankruptcy_notifications@ccsusa.com | Jun 19 2026 00:57:00 | Geico Secure Co., PO Box 607, Norwood, MA 02062-0607 |
| 15069804 | Email/Text: HHEBN@harriscollect.com | Jun 19 2026 00:57:00 | Harris & Harris LTD, 111 West Jackson Blvd., Ste |

District/off: 0313-2      User: admin      Page 2 of 3

Date Rcvd: Jun 18, 2026      Form ID: 155      Total Noticed: 30

| Recip ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | 650, Chicago, IL 60604 |
| 15069805 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 19 2026 00:57:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15089488 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 19 2026 00:57:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 15090463 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jun 19 2026 01:01:10 | MIDFIRST BANK, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 15079007 | ^ | MEBN | Jun 19 2026 00:52:53 | MIDFIRST BANK, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 15069806 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jun 19 2026 01:00:52 | Midfirst Bank c/o Midland Mortgage, 999 Northwest Grand Blvd, Suite 100, Oklahoma City, OK 73118-6051 |
| 15069807 | + | Email/Text: bankruptcygroup@peco-energy.com | Jun 19 2026 00:57:00 | PECO Energy, 2301 Market St. 04NW, Philadelphia, PA 19103-1380 |
| 15069808 | ^ | MEBN | Jun 19 2026 00:53:07 | Penn Medicine, PO Box 824406, Philadelphia, PA 19182-4406 |
| 15069809 | + | Email/Text: CustomerBankrNotice@paturnpike.com | Jun 19 2026 00:57:00 | Pennsylvania Turnpike Commission, 700 South Eisenhower Blvd., Middletown, PA 17057-5529 |
| 15069810 | ^ | MEBN | Jun 19 2026 00:53:00 | Philadelphia Gas Works, 800 W Montgomery AVe., Philadelphia, PA 19122-2898 |
| 15091112 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 19 2026 01:00:56 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15069811 | | Email/Text: caineweiner@ebn.phinsolutions.com | Jun 19 2026 00:57:11 | Progressive, PO Box 55848, Sherman Oaks, CA 91413-0848 |
| 15069813 | + | Email/Text: Bankruptcy@selective.com | Jun 19 2026 00:57:00 | Selective Insurance, 40 Wantage Ave., Branchville, NJ 07890-0002 |
| 15139416 | | Email/Text: EDBKNotices@ecmc.org | Jun 19 2026 00:57:00 | US Department of Education, PO Box 16448, Saint Paul, MN 55116-0448 |

TOTAL: 25

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2026      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

District/off: 0313-2 User: admin Page 3 of 3

Date Rcvd: Jun 18, 2026 Form ID: 155 Total Noticed: 30

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 18, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| ALFONSO G. MADRID | on behalf of Debtor Girtha Brown amadrid@clsphila.org  madrid.alfonsob@notify.bestcase.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MAGGIE S SOBOLESKI | on behalf of Creditor MIDFIRST BANK msoboleski@kmllawgroup.com  3532@notices.nextchapterbk.com |
| MATTHEW K. FISSEL | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| Girtha Brown | ) | Case No. 25–14526–djb |
| | ) | |
| | ) | |
| Debtor(s). | ) | Chapter: 13 |
| | ) | |
| | ) | |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: June 18, 2026

For The Court

Derek J Baker
Judge, United States Bankruptcy Court